UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELMAR JEWELL DIXON, JR., | No. 2:19-cv-01966-DAD-JDP (PC) |
| Plaintiff, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING DEFENDANT'S MOTION TO DISMISS THIS ACTION DUE TO PLAINTIFF'S FAILURE TO STATE A COGNIZABLE CLAIM |
| DANIEL NAVARRO, | |
| Defendant. | |
| | (Doc. Nos. 44, 48.) |

Plaintiff Delmar Jewell Dixon, Jr. is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636 (b)(1)(B) and Local Rule 302.

On August 23, 2022, the assigned magistrate judge issued findings and recommendations recommending that defendant's motion to dismiss this action (Doc. No. 44) be granted because plaintiff's operative third amended complaint fails to state a cognizable claim. (Doc. No. 48.) Those findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days from the date of service. (*Id.* at 4.)

/////

/////

/////

1

To date, no objections to the pending findings and recommendations have been filed, and the time in which to do so has now passed.[1]

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on August 23, 2022 (Doc. No. 48) are adopted in full;
2. Defendant's motion to dismiss (Doc. No. 44) is granted;
3. This action is dismissed; and
4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **November 23, 2022**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE

---

[1] This case was reassigned to the undersigned district judge on August 25, 2022. (Doc. No. 49.)